No. 80–6815.   BENNETT *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 80–6816.   ARCHER *v.* COMMISSIONER OF CORRECTION OF NEW YORK ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 80–6817.   TAYLOR *v.* HEARNE ET AL.   C. A. 9th Cir. Certiorari denied.

No. 80–6821.   MITCHELL *v.* PENNSYLVANIA.   Super. Ct. Pa.   Certiorari denied.

No. 80–6822.   GRIFFIN *v.* UNITED STATES;
No. 80–6823.   MCGOWAN *v.* UNITED STATES; and
No. 80–6827.   HERBST *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Reported below: 641 F. 2d 1161.

No. 80–6824.   SEXTON *v.* MAYNARD, WARDEN.   C. A. 10th Cir.   Certiorari denied.

No. 80–6828.   CROSS *v.* CAREY ET AL.   C. A. 7th Cir. Certiorari denied.

No. 80–6829.   CRISAFI *v.* THOMPSON ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 80–6830.   COLE *v.* VINCENT ET AL.   C. A. 6th Cir. Certiorari denied.

No. 80–6831.   SCOTT *v.* SMALL BUSINESS ADMINISTRATION.   C. A. 3d Cir.   Certiorari denied.

No. 80–6832.   BURTON *v.* GREER, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 80–6833.   ZAMNIK *v.* HAIG, SECRETARY OF STATE, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 80–6836.   MARANGELLI *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.